IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILVER CREEK VALLEY - CF, et al.,

    Plaintiffs,                            No. C 09-05500 JSW

  v.

TGI FRIDAY'S INC., et al.,               **ORDER OF REFERRAL**

    Defendants.

        Pursuant to Local Rule 72-1, the motion for right to attach order and order for issuance of writ of attachment against Defendants in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for February 12, 2010 for this motion is HEREBY VACATED.

        **IT IS SO ORDERED.**

Dated: January 11, 2010                                                        
                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

cc:     Wings Hom