IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILVER CREEK VALLEY - CF, et al.,

    Plaintiffs,                                    No. C 09-05500 JSW

    v.

TGI FRIDAY'S INC., et al.,                      **ORDER OF REFERRAL**

    Defendants.
_____/

        Pursuant to Local Rule 72-1, the motion for right to attach order and order for issuance of writ of attachment against Defendants in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for February 12, 2010 for this motion is HEREBY VACATED.

        **IT IS SO ORDERED.**

Dated: January 11, 2010                                        _/s/ Jeffrey S. White_
                                                                             JEFFREY S. WHITE
                                                                             UNITED STATES DISTRICT JUDGE

cc:     Wings Hom