UNITED STATES DISTRICT COURT

Northern District of California

SILVER CREEK VALLEY,

        Plaintiff(s),

   v.

TGI FRIDAY'S INC.,

        Defendant(s).

No. C 09-05500 JSW (MEJ)

**NOTICE OF REFERENCE**

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiffs' pending Motion for Right to Attach. Accordingly, the Court shall conduct a hearing on March 4, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiffs' motion by February 11, 2010, and Plaintiffs shall file any reply by February 18, 2010.

The parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

Plaintiff shall serve this order upon all other parties in this action. Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: January 21, 2010

                                                Maria-Elena James
                                                Chief United States Magistrate Judge