UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SILVER CREEK VALLEY - C.F. and
NORTH FIRST STREET PROPERTIES

CASE NO.  3:09-CV-05500-JSW

Plaintiff(s),

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

TGI FRIDAY'S INC.; CNL CALIFORNIA
RESTAURANTS, LTD.; AND DOES 1-10

Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
- ☑ the presumptive deadline *(The deadline is 90 days from the date of the order
  referring the case to an ADR process unless otherwise ordered. )*

- ☐ other requested deadline  _____

Dated: February 12, 2009                                    /s/ Christopher Sullivan
                                                      Attorney for Plaintiff

Dated: February 12, 2009                                    /s/ Joseph E. Addiego III
                                                      Attorney for Defendant

Dated: February 12, 2009                                    /s/ Glenn P. Zwang

                                                      Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ ~~Non-binding Arbitration~~
☐ ~~Early Neutral Evaluation (ENE)~~
☐ Mediation
☐ ~~Private ADR~~

Deadline for ADR session
☐ 90 days from the date of this order.
☐ ~~other~~

IT IS SO ORDERED.

Dated: ___February 17, 2010___    _____

UNITED STATES DISTRICT    JUDGE