1  BUCHALTER NEMER
   A Professional Corporation
2  GLENN P. ZWANG (SBN: 112295)
   333 Market Street, 25th Floor
3  San Francisco, CA 94105-2126
   Telephone: (415) 227-0900
4  Facsimile: (415) 227-0770
   Email: gzwang@buchalter.com
5
   Attorneys for Defendant
6  CAL RESTAURANTS, LTD., formerly known as
   CNL CALIFORNIA RESTAURANTS, LTD.
7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

11 SILVER CREEK VALLEY – C.F., a          **CASE NO: C-09-05500 JSW**
   California limited partnership; and
12 NORTH FIRST STREET PROPERTIES, a      **[PROPOSED] ORDER CONTINUING**
   California general partnership,        **CASE MANAGEMENT CONFERENCE**
13
                Plaintiffs,
14
        vs.
15
16 TGI FRIDAY'S, INC., a New York
   corporation; CNL CALIFORNIA
17 RESTAURANTS, LTD., a Florida limited
   partnership; and DOES 1 THROUGH 10,
18 INCLUSIVE,
19            Defendants.

20         Pursuant to the Stipulation between the parties, and good cause appearing therefore, the

21 Case Management Conference this matter is hereby continued to __March 26, 2010_____ at

22 __1:30_____ ~~a.m.~~/p.m.

23         **IT IS SO ORDERED.**

24

25
   Dated: __February 24, 2010_____      _____
26                                        HON. JEFFREY S. WHITE
27                                        UNITED STATES DISTRICT JUDGE

28