BUCHALTER NEMER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: gzwang@buchalter.com

Attorneys for Defendant
CAL RESTAURANTS, LTD., formerly known as
CNL CALIFORNIA RESTAURANTS, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVER CREEK VALLEY – C.F., a California limited partnership; and NORTH FIRST STREET PROPERTIES, a California general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>TGI FRIDAY'S, INC., a New York corporation; CNL CALIFORNIA RESTAURANTS, LTD., a Florida limited partnership; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **CASE NO:  C-09-05500 JSW**<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation between the parties, and good cause appearing therefore, the Case Management Conference this matter is hereby continued to ___March 26, 2010___ at ___1:30___ ~~a.m.~~/p.m.

**IT IS SO ORDERED.**

Dated: ___February 24, 2010___

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE