IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILVER CREEK VALLEY - CF, et al.,

    Plaintiffs,

    v.

TGI FRIDAY'S INC., et al.,

    Defendants.
    /

No. C 09-05500 JSW

**ORDER TO SHOW CAUSE**

This matter came before the Court for a case management conference on Friday, March 26, 2010. On December 4, 2009, the Court sent out a notice setting the case management conference for February 26, 2010. On February 24, 2010, the Court granted the parties' stipulation to continue the case management conference until March 26, 2010. Counsel for Defendant CNL California Restaurants Ltd. ("CNL") was required, but failed, to appear for that case management conference.

Accordingly, CNL is HEREBY ORDERED TO SHOW CAUSE in writing by no later than April 12, 2010, as to why counsel for CNL should not be sanctioned for failure to appear. Moreover, CNL shall explain why the firm of Buchalter Nemer was intending to send Peter Bertrand to the case management conference when he does not appear on the docket for the case. Upon further consideration, the Court reduces the amount of the potential sanction from

///

///

///

$5,000 to $500.  Failure to respond to this Order by April 12, 2010, shall result in the issuance of sanctions against CNL's counsel in the amount of $500.

**IT IS SO ORDERED.**

Dated: March 29, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE