IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILVER CREEK VALLEY - CF, et al.,

    Plaintiffs,                                 No. C 09-05500 JSW

  v.

TGI FRIDAY'S INC., et al.,                **ORDER DISCHARGING ORDER TO SHOW CAUSE**

    Defendants.
                                       /

The Court received the response by counsel for Defendant CNL California Restaurants Ltd. to the Order to Show Cause ("OSC"). The Court HEREBY DISCHARGES the OSC.

**IT IS SO ORDERED.**

Dated: April 2, 2010

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE