CHRISTOPHER D. SULLIVAN (148083)
GAVIN H. McGRANE (251863)
WILLIAM J. WALRAVEN (262586)
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, CA  94111
Telephone:   (415) 283-1776
Facsimile:    (415) 283-1777

Attorneys for Plaintiffs
SILVER CREEK VALLEY - C.F., and
NORTH FIRST STREET PROPERTIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVER CREEK VALLEY – C.F., a California limited partnership; and NORTH FIRST STREET PROPERTIES, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>TGI FRIDAY'S INC., a New York corporation; CNL CALIFORNIA RESTAURANTS, LTD., a Florida limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:09-cv-05500-JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE AS TO DEFENDANT TGIF ONLY |

1    Plaintiffs Silver Creek Valley – C.F., and North First Street Properties
2  ("Plaintiffs") and Defendant TGI Friday's, Inc. ("TGIF") hereby stipulate to
3  dismissal of the above-referenced matter with prejudice as to TGIF only.
4    Plaintiffs and TGIF shall each bear their own attorney's fees and costs.

5  Dated: April 26, 2010            MCGRANE GREENFIELD LLP

7                    By    /s/ Christopher D. Sullivan
                           Christopher D. Sullivan
8                          Attorneys for Plaintiffs

9  Dated: April 26, 2010            DAVIS WRIGHT TREMAINE LLP

11                   By    /s/ Joseph E. Addiego III
                           Joseph E. Addiego III
12                         Attorneys for Defendant TGI
                           Friday's, Inc.

13 The parties shall file a stipulation regarding the effect of this dismissal on Plaintiffs' pending motion for right to attach by no later than April 30, 2010.

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16  Dated:  April 27, 2010

                    _____
                    JEFFREY S. WHITE
                    United States District Judge