BUCHALTER NEMER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: gzwang@buchalter.com

Attorneys for Defendant
CAL RESTAURANTS, LTD., formerly known as
CNL CALIFORNIA RESTAURANTS, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVER CREEK VALLEY – C.F., a California limited partnership; and NORTH FIRST STREET PROPERTIES, a California general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>TGI FRIDAY'S, INC., a New York corporation; CNL CALIFORNIA RESTAURANTS, LTD., a Florida limited partnership; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO: C-09-05500 JSW<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DEADLINE** |

The parties to this action, by and through their counsel, stipulate as follows:

1. The Court has set May 18, 2010 as the deadline for completing mediation.

2. The mediator and the parties conducted their pre-mediation conference on May 4, 2010.

3. In order to secure personal attendance by principals required to travel, the parties and the mediator have scheduled the mediation for June 10, 2010.

4. The parties and the mediator request that the Court continue the mediation completion deadline to June 17, 2010, to accommodate a June 10, 2010 mediation.

BN 6107230v1 -1- Case No. C-09-005500 JSW

**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DEADLINE**

1     IT IS SO STIPULATED.

2   DATED: May 5, 2010        BUCHALTER NEMER
                                        A Professional Corporation

                                        By:    /s/ Glenn P. Zwang
                                               GLENN P. ZWANG
                                             Attorneys for Defendant
                                             CAL RESTAURANTS, LTD.

DATED: May 5, 2010        MCGRANE GREENFIELD LLP

                                        By:    /s/ Christopher D. Sullivan
                                               CHRISTOPHER D. SULLIVAN
                                             Attorneys for Plaintiffs

DATED: May 5, 2010

                                        By:    /s/ Mark D. Petersen
                                               MARK D. PETERSEN
                                             Assigned Mediator

    PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for completion of mediation in this matter be continued to June 17, 2010

DATED: May  6 , 2010                     _____
                                     Jeffrey S. White, United States District Judge